**Order filed June 13, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00574-CV
_____

### SOUTHBAY GUNITE INC., Appellant

### V.

### SOUTH POOLS INC. AND MUHAMMAD "MIKE" TELLO, Appellee

**On Appeal from the Co Civil Ct at Law No 1**
**Harris County, Texas**
**Trial Court Cause No. 1145370**

## O R D E R

The clerk's record was filed September 10, 2020. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain.

1. Plaintiff's Response to the Defendant's Motion to Dismiss filed on May 27, 2020.

2. Defendant's Response to the Response to the Motion to Dismiss filed on May 27, 2020.

3. Findings of Fact and Conclusions of Law filed on September 2, 2020.

The Harris County Clerk is directed to file a supplemental clerk's record on or before **June 23, 2022**, containing the above documents.

If the omitted item is not part of the case file, the county clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, Poissant.